UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

Shirley Phelps-Roper, )
    Plaintiff (s), )
     )
v. ) Case No.
     )
City of Manchester, )
    Defendant(s). )

NOTICE OF INTENT TO USE
PROCESS SERVER

Comes now __Plaintiff__ and notifies the court of the intent to use
(Plaintiff or Defendant)

__Greg Kellerman/Kellerman Invest.__
(name and address of process server)
__60 South Main__
__Glen Carbon, IL 62034__

To serve: __City of Manchester__ in the
(name of defendants to be served by this process server)

above-styled cause. The process server listed above possesses the

requirements as stated in Rule 4 of the Federal Rules of Civil Procedure.

The undersigned affirms the information provided above is true and correct.

08/13/2009                             /s/ Anthony Rothert
(date)                                   (attorney for Plaintiff)

                                                   (attorney for Defendant)