UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| SHIRLEY L. PHELPS-ROPER,    )<br>                             )<br>    Plaintiff,              )<br>                             )<br>    vs.                      )<br>                             )<br>CITY OF MANCHESTER, MISSOURI, )<br>                             )<br>    Defendant.               ) | Case No. 4:09CV1298 CDP |

## ORDER

As discussed in the telephone conference held on September 24, 2009,

**IT IS HEREBY ORDERED** that a telephone conference is scheduled for **Tuesday, October 13, 2009** at **3:30 p.m.** Plaintiff's counsel is responsible for placing the call and having all parties on the line before contacting the Court at 314-244-7520. The parties' obligation to respond to any motions or pleadings is suspended until after this conference.

_____
CATHERINE D. PERRY
UNITED STATES DISTRICT JUDGE

Dated this 24th day of September, 2009.