UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| SHIRLEY L. PHELPS-ROPER, ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> CITY OF MANCHESTER, MISSOURI, ) <br> ) <br> Defendant. ) | Case No. 4:09CV1298 CDP |

**AMENDED CASE MANAGEMENT ORDER**

Defendant has filed a consent motion to amend the October 14, 2009 Case Management Order because of new factual and legal issues raised by the second amended complaint filed on October 26, 2009. I will adopt the proposed changes. If further action is necessary in this case after dispositive motions have been ruled on I will set a new scheduling conference at that time.

**IT IS HEREBY ORDERED** that defendant's consent motion to amend the Case Management Order [#24] is GRANTED, and the following schedule shall apply:

1. Defendant will file a responsive pleading to plaintiff's second amended complaint no later than **November 20, 2009**.

2. Disclosure shall proceed in the following manner:

   (a) The parties shall serve all written discovery no later than **November 30, 2009**. Each party will be allowed to propound **twenty-five** interrogatories as set forth in Rule 33(a)(1), Fed.R.Civ.P.

      (b)    Each party will be allowed to take **two** depositions, to be completed no later than **January 22, 2010**.

      (c)    The parties shall complete <u>all</u> discovery in this case no later than **February 5, 2010**.

   3.    Any motions for summary judgment or motions for judgment on the pleadings must be filed no later than **February 15, 2010**. Opposition briefs shall be filed no later than **March 11, 2010**, and any reply brief may be filed no later **March 22, 2010**.


_____
CATHERINE D. PERRY
UNITED STATES DISTRICT JUDGE

Dated this 9th day of November, 2009.