UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

SHIRLEY L. PHELPS-ROPER, et al.,   )
                                   )
        Plaintiffs,                )
                                   )
    vs.                            )        Case No. 4:09CV1298 CDP
                                   )
CITY OF MANCHESTER, MISSOURI,      )
                                   )
        Defendant.                 )

# ORDER

There are three pending motions in this case: defendant's motion to dismiss,

plaintiffs' motion for summary judgment, and defendant's Rule 56(f) motion for

more time to respond to plaintiffs' motion for summary judgment.  I have

considered the arguments on the motion to dismiss, and I believe that plaintiffs

have met the pleading standards.  I have also carefully considered plaintiff's

opposition to defendant's Rule 56(f) motion, but I believe it is appropriate to allow

defendant the limited amount of discovery that it seeks.  I will grant defendant's

Rule 56(f) motion, and allow defendant until March 11, 2010 to respond to

plaintiffs' motion for summary judgment.  The deadlines in the November 9, 2009

Amended Case Management Order remain in effect.

Accordingly,

**IT IS HEREBY ORDERED** that defendant's motion to dismiss [#26] is denied.

**IT IS FURTHER ORDERED** that defendant's Rule 56(f) motion to continue [#35] is granted. Defendant's response to plaintiffs' motion for summary judgment will be due March 11, 2010, following the Amended Case Management Order entered November 9, 2009.


CATHERINE D. PERRY
UNITED STATES DISTRICT JUDGE

Dated this 10th day of December, 2009.